WELLS A. BINGHAM, Survivor, etc., Appellant, v. RICHARD C. HARRIS et al., Respondents.

(Argued October 9, 1884 ; decided October 21, 1884.)

*Albert A. Abbott* for appellant.

*David Crawford* for respondents.

Agree to affirm; no opinion.

All concur, except FINCH, J., who is for modification of judgment, and RAPALLO, J., absent.

Judgment affirmed.

---

SAMUEL M. PETTENGILL, Appellant, v. ALFRED S. BARNES, Respondent.

(Argued October 9, 1884; decided October 21, 1884.)

*Abram Wakeman* for appellant.

*Robert Sewell* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

CHARLES B. PERRY, Appellant, v. CYRUS STRONG et al., Respondents.

(Argued October 7, 1884 ; decided October 21, 1884.)

*Samuel Hand* for appellant.

*S. C. Millard* for respondents.

*Per Curiam mem.* for affirmance.

All concur.

Judgment affirmed.